IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIONEL HANNA,

    Petitioner,

vs.   CASE NO.: 5:06cv65/MCR/MD

MICHAEL PETTIFORD,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 17, 2006.  The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.   The petitioner's motion for judgment on the pleading and/or request for a hearing (doc. 15) is DENIED.

3. The petition for writ of habeas corpus (doc. 1) is transferred back to the United States District Court for the Southern District of Mississippi, Western Division.

DONE AND ORDERED this 1st day of August, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**